# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MOHAMED ALI HAMMAD, V.M.D., | : | No. 33 EAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| BUREAU OF PROFESSIONAL AND | : | |
| OCCUPATIONAL AFFAIRS, STATE | : | |
| BOARD OF VETERINARY MEDICINE, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.